IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL CLESS,

    Plaintiff,                               **Case No.:  8:16-cv-000570-T33EAJ**

v.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT CONTROL SERVICES

    Defendants.
_____/

**DEFENDANT'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    DANIEL CLESS
    Counsel for Plaintiff:
    Frank H. Kerney III, Esquire
    Morgan & Morgan, P.A.
    201 N. Franklin Street, 7th Floor
    Tampa, Florida  33602

    CREDIT CONTROL SERVICES, INC.
    d/b/a CREDIT CONTROL SERVICES
    Counsel for Defendant:
    **GOLDEN SCAZ GAGAIN, PLLC**
    Charles J. McHale, Esquire
    Dale T. Golden, Esquire
    201 North Armenia Avenue
    Tampa, FL 33609
    Phone:  (813) 251-5500
    Fax: (813) 251-3675

      Email: cmchale@gsgfirm.com
      Email: dgolden@gsgfirm.com

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   *None.*

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or 20 largest unsecured creditors) in bankruptcy cases:

   *None.*

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Daniel Cless

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 12, 2016

                                            Respectfully submitted by:

                                            /s/ Dale T. Golden
                                            Dale T. Golden, Esquire
                                            Florida Bar No.: 94080
                                            GOLDEN SCAZ GAGAIN, PLLC
                                            201 North Armenia Avenue
                                            Tampa, Florida 33609
                                            P: (813) 251-5500
                                            F: (813) 251-5500
                                            Email: dgolden@gsgfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
Dale T. Golden, Esquire